**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ X

DIANA CONKLIN                                                                              Docket No. 08 - 2986

**Plaintiff**

-against-

**Defendant**

**Nelson Watson & Associates, LLC**

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties, <u>the Defendant having not appeared,</u> that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without costs to either party. This stipulation may be filed without further notice with the clerk of the Court.

S//_____          9-18-08
Joseph Mauro, Esq. (JM - 8295)                  Date
Attorney for Plaintiff