# UNITES STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

————————————————————————— X

DIANA CONKLIN                                                    Docket No. 08 - 2986

                                         **Plaintiff**

   **-against-**

                                         **Defendant**

**NATIONAL CREDIT**
**ACCEPTANCE, INC. ; NCA**
**FINANCIAL, INC.; NCA**
**FINANCIAL SERVICES, INC.;**
**COLUMBIA CREDIT SERVICES,**
**INC.**
————————————————————————— X

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for all parties, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no

person not a party has an interest in the subject matter of the action, the above-entitled

action be, and the same hereby is discontinued without costs to either party. This

stipulation may be filed without further notice with the clerk of the Court.

_____                    2-6-09
Joseph Mauro, Esq. (JM - 8295)             Date
Attorney for Plaintiff

_____                    2-12-09
Arthur Sanders, Esq.                       Date
Attorney for Defendant